| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7599713 | DATE 06/17/2024 |
|---|---|---|---|---|
| **NAME** BROWN, Amir J | **OFFICER** Courtney M. Wilson | | **JUDGE** Shalina Kumar | **DOCKET #** 21-CR-20443-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 04/19/2022 | Supervised Release | III | 17 | |
| **COMMENCED** 11/09/2023 | | | | |
| **EXPIRATION** 11/08/2025 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Jules M. DePorre | Ebony Ellis |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 922(g)(1), Prohibited Person in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 33 months, to be followed by a two-year term of supervised release.

Name of Sentencing Judicial Officer:  Honorable Stephanie Dawkins Davis. Case reassigned to the Honorable Shalina Kumar on February 2, 2024, pursuant to Local Criminal Rule 57.10.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to substance abuse testing to determine if you have used a prohibited substance.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
4. You must participate in a mental health treatment program and follow the rules and regulations of that program.  The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must take all mental health medications that are prescribed by your physician.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7599713 | **DATE** 06/17/2024 |
|---|---|---|---|---|
| **NAME** BROWN, Amir J | | **OFFICER** Courtney M. Wilson | **JUDGE** Shalina Kumar | **DOCKET #** 21-CR-20443-01 |

Criminal Monetary Penalty:  Special Assessment $100.00. (Paid)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT." <br><br>On May 28, 2024, March 7, 2024, February 5, 2024, January 30, 2024, BROWN tested positive for marijuana. Apart from February 5, 2024, all other tests were sent to Abbott Laboratories and results were confirmed positive. <br><br>Additionally, on May 10, 2024, BROWN admitted to this officer he was using "Lean" (also known by the popular street name "syrup," which is an illicit substance made with codeine, containing cough syrup, soda, hard candy, occasionally alcohol, and the antihistamine, promethazine. <br><br>On January 30, 2024, BROWN also tested positive for Oxycodone which was confirmed positive by Abbott laboratories. <br><br>On March 7, 2024, BROWN reported to the probation department to submit to a drug test.  He submitted two samples that were considered diluted.  BROWN has previously submitted diluted samples and has previously been instructed not to dilute future drug tests.  BROWN provided a third sample that was positive for marijuana/THC.  He denied marijuana use but stated he had been around people using marijuana.  Additionally, he admitted to trying to flush his system so he would not test positive.  The sample was sent to Abbott Laboratories and results are positive for marijuana and it was classified as a diluted sample. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br>On April 17, 2024, this writer received notification through Access to Law Enforcement Systems (ATLAS), that BROWN's name was queried by the Branch County Central Dispatch in Coldwater, Michigan, which is also in the Western District of Michigan, near the state of Indiana. On May 13, 2024, this officer received a police report from a detective from Union City Police Department. <br><br>The report details, on April 12, 2024, BROWN and an unknown male individual entered a Shell gas station located in Union City, Michigan at approximately 1:00 a.m. in the morning. There was one clerk in the store at the time. Both males advised the clerk they were "You Tube |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7599713 | DATE 06/17/2024 |
|---|---|---|---|---|
| NAME BROWN, Amir J | OFFICER Courtney M. Wilson | JUDGE Shalina Kumar | | DOCKET # 21-CR-20443-01 |

Influencers," and they buy lottery tickets and help the less fortunate. They proceeded to purchase $3,370.00 worth of lottery tickets. They presented a card with the words that it must be processed as cash, written on the card. The card entered the reader and the clerk hit the "cash" button. Upon hitting the "cash" button the register perceives it to be a cash transaction and the sale goes through.

The clerk produced 6 receipts where the lottery tickets were purchased across the transactions. It should be noted a Shell gas station near Fremont, Indiana was also hit by the same two individuals, and they were able to get several lottery tickets using the same scam.

The detective contacted the Michigan Lottery retail division, and determined the person scanning ticket results in via the app was listed as Amir BROWN. There is surveillance video available that show BROWN and the other male inside the Shell gas station. There is also a detailed list of the scanned inquiries attached to the report.

This report also details the same two individuals attempted the same scam at a Shell gas station near Coldwater, Michigan. However, the clerk did not process the attempt and no tickets were given.

The charge detailed in the report is for Fraud-False Pretense/Swindle/Confidence-Game-felony. On June 4, 2024, and June 17, 2024, this writer spoke with the investigator on the case. He advised that charges will be filed in within the next couple of weeks on BROWN. No charges have been filed as June 17, 2024.

3    **Violation of Standard Condition:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."

On April 12, 2024, BROWN was observed on camera at a gas station on the (Western District of Michigan) committing the alleged crime in violation number two. Additionally, on the same date, BROWN was identified at a different Shell gas station in Freemont, Indiana, committing the same crime. BROWN did not have permission to travel outside the Eastern District of Michigan.

4    **Violation of Standard Condition:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."

On March 5, 2024, his previous officer received notification through Access to Law Enforcement Systems (ATLAS), that BROWN's name was queried by the Kiowa County Sheriff's Office in Kiowa, County, Kansas. The writer spoke with an officer who stated he stopped a vehicle that

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 7599713 | DATE 06/17/2024 |
|---|---|---|---|---|
| NAME BROWN, Amir J | OFFICER Courtney M. Wilson | JUDGE Shalina Kumar | | DOCKET # 21-CR-20443-01 |

BROWN was driving for speeding. BROWN was issued a speeding ticket. His previous officer then called BROWN, who told him that the prior night he learned of a family reunion taking place in Texas, and that he was on his way to the family reunion. He had never received permission to travel. BROWN was instructed to return to Michigan and report to the probation department on March 7, 2024.

**5**  **Violation of Standard Condition:** "YOU MUST ANSWER TRUTHFULLY THE QUESTIONS ASKED BY YOUR PROBATION OFFICER."

On May 10, 2024, during a phone call BROWN claimed to be in Southfield, Michigan. This officer then asked for the address to meet with him face to face. BROWN claim to be at his grandmother's house. This officer requested the address multiple times. BROWN then text this officer a fake address located in Romulus, Michigan. BROWN was called and questioned about his whereabouts, as he had just claimed to be in Southfield, MI. While this officer was in route, BROWN attempted to reschedule. This officer advised BROWN that we would not reschedule. BROWN then reported he was lying and did not want to see this officer. BROWN admitted the reason was because he had been using "Lean" and was afraid of a taking a drug test.

| I declare under penalty of perjury that the foregoing is true and correct. PROBATION OFFICER s/Courtney M. Wilson/mt/djl (810) 341-7884 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Warren L. Henson (810) 341-7861 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[  ]    Other


　　　　　　　　　　　　　　　　　　　　s/Shalina D. Kumar
　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　7/1/2024
　　　　　　　　　　　　　　　　　　　　Date